**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **HANNELORE BOORN,** | **CIVIL ACTION NO. 5:22-276-KKC** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **SCIENTIFIC GAMES CORP., et al.,** | |
| **Defendants.** | |

*** *** ***

This matter is before the Court on plaintiff Hannelore Boorn's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (DE 20). Accordingly, the Court hereby ORDERS that this matter is DISMISSED and STRICKEN from the Court's active docket.

This 27th day of October, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY